UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, an individual, and CATHERINE KEATON, an individual, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO: 2:07-cv-00318-WHA-SRW ) |
| LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, J. LENN RYALS and ELLENANN B. YELVERTON, of the firm SLATEN & O'CONNOR, P. C., and hereby files this their Notice of Appearance as counsel on behalf of Allstate Insurance Company in the above-styled case.

Respectfully submitted this the 17TH day of April, 2007.

_____
J. LENN RYALS (Ala. ID RYA008)
ELLENANN B. YELVERTON (Ala. ID BEN059)
ATTORNEY FOR DEFENDANT
ALLSTATE INSURANCE COMPANY
SLATEN & O'CONNOR, P.C.
Winter Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
E-mail: lryals@slatenlaw.com
        eyelverton@slatenlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the 17 day of April, 2007:

Mark M. Hogewood, Esq.
Jason E. Gammon, Esq.
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
P. O. Box 530910
Birmingham, AL 35253

Joseph Stott, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
P. O. Box 380548
Birmingham, Alabama 35238-0548

Shawn Thornton
407 Green Ridge Rd.
Montgomery, Alabama 36109

_____
OF COUNSEL

F:\AUTOLINE\ALLSTATE\Moody\Plead\NOA - JLR & EBY.wpd

2