## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| HELEN MOODY and CATHERINE KEATON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-cv-318 |
| LOWE'S HOME CENTERS, INC., ALLSTATE INSURANCE COMPANY, and SHAWN DEE THORNTON, | ) ) ) ) ) | |
| Defendants. | ) | |

### CORPORATE DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047.  The following entities are hereby reported:

1.     Lowe's Companies, Inc.

Respectfully submitted,

s/JOSEPH E. STOTT
ASB-4163-T71J
Attorney for Defendant Lowe's Home Centers, Inc.

OF COUNSEL:

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road

Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **HELEN MOODY and CATHERINE KEATON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07-cv-318** |
| | ) | |
| **LOWE'S HOME CENTERS, INC., ALLSTATE INSURANCE COMPANY, and SHAWN DEE THORNTON,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have on April 24, 2007 served a copy of the foregoing on the following attorneys of record by placing a copy of same in the U.S. Mail:

Jason E. Gammons, Esq.
Mark M. Hogewood, Esq.
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253

Celest Patton Armstrong, Esq.
Varner & Associates
Suite 200, 2600 Meadow Brook Street
2600 Corporate Drive
Birmingham, AL 35242

Mr. Shawn Dee Thornton
407 Green Ridge Road
Montgomery, AL 36109

s/Joseph E. Stott
**OF COUNSEL**

-3-