UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, an individual, and <br> CATHERINE KEATON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., and <br> ALLSTATE INSURANCE COMPANY, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO: 2:07-cv-00318-WHA-SRW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

RECEIVED
2007 APR 30 P 4:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF CONSENT TO REMOVAL BY LOWE'S HOME CENTERS, INC.

**COMES NOW**, Defendant, Allstate Insurance Company, and files this Notice of Consent to Removal by Lowe's Home Centers, Inc.

1. On April 26, 2007, Lowe's Home Centers, Inc. filed a Notice of Removal to remove this case from the Circuit Court of Alabama to the United States District Court. Defendant Allstate Insurance Company consents to this removal and does not have any objections to the removal at this time.

Respectfully submitted this the 30th day of April, 2007.

*/s/ EB Yelverton*
**J. LENN RYALS** (Ala. ID RYA008)
**ELLENANN B. YELVERTON** (Ala. ID BEN059)
**ATTORNEY FOR DEFENDANT**
**ALLSTATE INSURANCE COMPANY**

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Winter Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the 30th day of April, 2007:

Mark M. Hogewood, Esq.
Jason E. Gammon, Esq.
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
P. O. Box 530910
Birmingham, AL 35253

Joseph Stott, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
P. O. Box 380548
Birmingham, Alabama 35238-0548

Shawn Thornton
407 Green Ridge Rd.
Montgomery, Alabama 36109

*/s/ [signature]*
OF COUNSEL

F:\AUTOLINE\ALLSTATE\Moody\Plead\Ntc of Consent.wpd

2