## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **HELEN MOODY, an individual, and CATHERINE KEATON, an individual,** )<br>)<br>) | |
| Plaintiffs, )<br>) | |
| v. ) <br>) | CASE NO: 2:07-cv-00318-WHA-SRW |
| **LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al.,** )<br>)<br>)<br>) | |
| Defendants. ) | |

### MOTION TO WITHDRAW

**COMES NOW** the undersigned and respectfully requests the Court to allow her to withdraw from representation of Defendant, Allstate Insurance Company, in this case. J. Lenn Ryals, of Slaten & O'Connor, P.C., will continue representation of Defendant.

Respectfully submitted,

s/Ellenann B. Yelverton
**ELLENANN B. YELVERTON (Ala. BEN059)**
**ATTORNEY FOR DEFENDANT,**
**ALLSTATE INSURANCE COMPANY**
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax
E-mail: eyelverton@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 23rd day of May, 2007.

Mark M. Hogewood, Esq.
Jason E. Gammon, Esq.
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
P. O. Box 530910
Birmingham, AL 35253

Joseph Stott, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
P. O. Box 380548
Birmingham, Alabama 35238-0548

Shawn Thornton
407 Green Ridge Rd.
Montgomery, Alabama 36109

s/Ellenann B. Yelverton
**OF COUNSEL**

F:\AUTOLINE\ALLSTATE\Moody\Plead\MTW - EBY.wpd