UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, an individual, and CATHERINE KEATON, an individual, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

CASE NO: 2:07-cv-00318-WHA-SRW

### MOTION TO WITHDRAW

**COMES NOW** the undersigned and respectfully requests the Court to allow her to withdraw from representation of Defendant, Allstate Insurance Company, in this case. J. Lenn Ryals, of Slaten & O'Connor, P.C., will continue representation of Defendant.

Respectfully submitted,

s/Ellenann B. Yelverton
ELLENANN B. YELVERTON (Ala. BEN059)
ATTORNEY FOR DEFENDANT,
ALLSTATE INSURANCE COMPANY
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax
E-mail: eyelverton@slatenlaw.com

## MOTION GRANTED

SO ORDERED
THIS 24 DAY OF May, 2007
_____
UNITED STATES DISTRICT JUDGE