# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY and CATHERINE KEATON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:07-cv-318-A |
| LOWE'S HOME CENTERS, INC., ALLSTATE INSURANCE COMPANY, and SHAWN DEE THORNTON, ) ) ) ) ) ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 4, 2007 and was attended by:

Jason E. Gammons for plaintiffs;

Joseph E. Stott for defendant Lowe's Home Centers, Inc.;

J. Lenn Ryals, Esq. for defendant AllState Insurance Company; and

Shawn Dee Thornton, pro se, did not appear.

2.  Pre-discovery Disclosures. The parties will exchange by July 2, 2007 the information required by Federal Rules of Civil Procedure 26(a)(1).

3.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be required with regard to the plaintiff's claims, the defendant's defenses, and the plaintiff's damages.

All discovery commenced in time to be completed by January 7, 2008

Maximum of Thirty (30) interrogatories by each party to any other party.

    Responses due thirty (30) days after service.

Maximum of thirty (30) requests for admissions by each party to any other party.

    Responses due thirty (30) days after service.

Maximum of thirty (30) requests for production by each party to any other party.

    Responses due thirty (30) days after service.

Maximum of six (6) depositions by plaintiffs and six (6) by defendant.

Each deposition limited to maximum of four (4) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff by October 1, 2007.

    from defendant by December 3, 2007.

Supplementations under Rule 26(e) due within thirty (30) days of when need arises.

4.    Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

Parties should be allowed until July 2, 2007 to join additional parties and until August 6, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by January 7, 2008.

Settlement cannot be evaluated until after discovery has been completed. Settlement may be enhanced by use of the following alternative dispute resolution procedure: mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

>from plaintiffs by February 4, 2008.

>from defendant by February 4, 2008.

Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by March 24, 2008, and at this time is expected to take approximately two (2) days to try.

>s/JOSEPH E. STOTT
>ASB-4163-T71J
>Attorney for Defendant Lowe's Home Centers, Inc.

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

        **s/JASON E. GAMMONS**
        Attorney for Plaintiffs Helen Moody and Catherine Keaton

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
Post Office Box 530910
Birmingham, AL 35253

        **s/J. LENN RYALS**
        **s/ELLENANN B. YELVERTON**
        Attorneys for Defendant AllState Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building, Suite 101
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

    I hereby certify that I have on June 6, 2007 served a copy of the foregoing on the following attorneys of record by placing a copy of same in the U.S. Mail:

Shawn Dee Thornton
407 Green Ridge Road
Montgomery, AL 36109

        **OF COUNSEL**