IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY and CATHERINE KEATON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LOWE'S HOME CENTERS, INC., et al., | ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 2:07CV318-A
(WO)

**ORDER**

Upon consideration of defendant Lowe's Home Centers, Inc.'s motion to compel filed on August 10, 2007 (Doc. # 15), and for good cause, it is

ORDERED that the motion is GRANTED.  Plaintiffs are DIRECTED to respond to defendant's outstanding discovery requests on or before August 24, 2007.

DONE, this 10th day of August, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE