UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, and ) | |
| CATHERINE KEATON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-00318-WHA-SRW |
| ) | |
| LOWE'S HOME CENTERS, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

COME NOW the Plaintiffs Helen Moody and Catherine Keaton pursuant to FRCP 41(a)(2) and move this Court to dismiss Defendant Lowe's Home Centers, Inc. with prejudice, the parties to bear their own costs and fees.

Respectfully requested this 6th day of September, 2007.

/s Jason E. Gammons
Mark M. Hogewood
ASB-7651-E36M
mh@wallacejordan.com
Jason E. Gammons
ASB-7277-J38G
jg@wallacejordan.com
Attorneys for Plaintiffs Helen Moody and
Catherine Keaton
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253
Telephone:    (205) 870-0555
Facsimile:    (205) 871-7534

## CERTIFICATE OF SERVICE

      I certify that I have served a copy of the foregoing Motion to Dismiss on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows on this the 6th day of September, 2007:

Joseph E. Stott, Esq.
Scott, Sullivan, Streetman & Fox, P.C.
P.O. Box 380548
Birmingham, AL 35238

J. Lenn Ryals, Esq.
EllenAnn B. Yelverton, Esq.
Slaten & O'Connor, P.C.
Winter Loeb Building, Ste. 101
105 Tallapoosa Street
Montgomery, AL 36104

Shawn Thornton
407 Green Ridge Road
Montgomery, AL 36109

                                        /s Jason E. Gammons
                                        Of Counsel