IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv318-WHA |
| ) | |
| LOWE'S HOME CENTERS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion to Dismiss (Doc. #17), filed on September 6, 2007, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before September 13**, **2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 6th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE