IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY and CATHERINE KEATON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 2:07-cv-318-A ) |
| LOWE'S HOME CENTERS, INC., ALLSTATE INSURANCE COMPANY, and SHAWN DEE THORNTON, | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT LOWE'S HOME CENTERS, INC.'S
RESPONSE TO COURT'S SHOW CAUSE ORDER**

COMES NOW Defendant Lowe's Home Centers, Inc., and hereby responds to the Court's show cause Order as follows:

The Defendant is in agreement that Lowe's Home Centers, Inc. should be dismissed as a party to this lawsuit and hereby requests that this Court enter a final Order of dismissal, with prejudice, in favor of Defendant Lowe's Home Centers, Inc.

Respectfully submitted,

s/JOSEPH E. STOTT
ASB-4163-T71J
Attorney for Defendant Lowe's Home Centers, Inc.

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344

(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

-3-

### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY and CATHERINE KEATON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:07-cv-318-A |
| LOWE'S HOME CENTERS, INC., ALLSTATE INSURANCE COMPANY, and SHAWN DEE THORNTON, ) ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on September 12, 2007 served a copy of the foregoing on the following attorneys of record via Efile and/or by placing a copy of same in the U.S. Mail:

Jason E. Gammons, Esq.
Mark M. Hogewood, Esq.
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253

Mr. Shawn Dee Thornton
407 Green Ridge Road
Montgomery, AL 36109

J. Lenn Ryals, Esq.
Slaten & O'Connor, P.C.
Suite 101, 105 Tallapoosa Street
Montgomery, AL 36104

                                                                  s/Joseph E. Stott
                                                                  **OF COUNSEL**