IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, and <br> CATHERINE KEATON, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., <br> ALLSTATE INSURANCE COMPANY, <br> and SHAWN DEE THORNTON, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:07-cv-318-WHA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ENTRY OF DEFAULT

It appearing that defendant Shawn Dee Thornton, was duly served with a copy of the summons and complaint in this action on January 9, 2007, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on November 21, 2007, by plaintiffs' attorney.

DEFAULT is hereby entered against said defendant, Shawn Dee Thornton.

DONE THIS  29th  day of   November  , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA