IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv318-WHA |
| ) | |
| ALLSTATE INSURANCE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Motion for Default Judgment as to Shawn Dee Thornton (Doc. #24), filed by the Plaintiffs on November 27, 2007.  It is hereby

ORDERED that the Defendants are given **until December 14, 2007,** to show cause, if any there be, why the motion should not be granted, and the Plaintiffs allowed to prove their damages by affidavits.

DONE this 3rd day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE