IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HELEN MOODY, et al,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv318-WHA |
| | ) |
| **ALLSTATE INSURANCE** | ) |
| **COMPANY, et al,** | ) |
| | ) |
| Defendants. | ) |

### CONFLICT DISCLOSURE STATEMENT

COME NOW Plaintiffs Helen Moody and Catherine Keaton ("Plaintiffs") in the above captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The Plaintiffs are both individuals and have no reportable relationships to disclose to this Court.

Respectfully submitted this 19th day of December, 2007.

/s/ Jason E. Gammons
Mark M. Hogewood
ASB-7651-E36M
mh@wallacejordan.com
Jason E. Gammons
ASB-7277-J38G
jg@wallacejordan.com
Attorneys for Plaintiffs Helen Moody and Catherine Keaton

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253
Telephone:   (205) 870-0555
Facsimile:   (205) 871-7534

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing Conflict Disclosure Statement on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows and/or by filing the same with the Courts CM/ECF system on this the 19th day of December, 2007.

J. Lenn Ryals, Esq.
EllenAnn B. Yelverton, Esq.
Slaten & O'Connor, P.C.
Winter Loeb Building, Ste. 101
105 Tallapoosa Street
Montgomery, AL 36104

Shawn Thornton
407 Green Ridge Road
Montgomery, AL 36109

          /s/ Jason E. Gammons
          Of Counsel