**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HELEN MOODY, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.: 2:07cv318-WHA** |
| | ) |
| **ALLSTATE INSURANCE** | ) |
| **COMPANY, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**Motion for Extension of Time**

COME NOW Plaintiffs Helen Moody and Catherine Keaton ("Plaintiffs") in the above captioned matter, by and through the undersigned counsel, and respectfully request that the Court grant Plaintiffs an extension of time to submit affidavits of their damages incurred in this matter.  As grounds therefor, Plaintiffs state as follows:

1.      On December 19, 2007, this Court entered an order allowing Plaintiffs to prove their damages by affidavits submitted by January 4, 2007.

2.      Plaintiffs have made a diligent effort to gather their medical expenses and bills incurred in this suit, but due to the recent holiday period have yet to receive complete bills from numerous medical care providers in their home state of New York.

3.      Plaintiffs need an additional ten (10) days from the date of this Motion to complete their itemization of damages suffered in this matter.

WHEREFORE, Plaintiffs respectfully request that this Court grant an extension of time from its previously entered Order and allow the Plaintiffs to prove their damages by affidavits submitted no later than January 14, 2008.

Respectfully requested this 3rd day of January, 2008.

/s/ Jason E. Gammons
Mark M. Hogewood
ASB-7651-E36M
mh@wallacejordan.com
Jason E. Gammons
ASB-7277-J38G
jg@wallacejordan.com
Attorneys for Plaintiffs Helen Moody and Catherine Keaton

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253
Telephone:    (205) 870-0555
Facsimile:    (205) 871-7534

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing Motion for Extension of Time on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows and/or by filing the same with the Courts CM/ECF system on this the 3rd day of January, 2008.

J. Lenn Ryals, Esq.
EllenAnn B. Yelverton, Esq.
Slaten & O'Connor, P.C.
Winter Loeb Building, Ste. 101
105 Tallapoosa Street
Montgomery, AL 36104

Shawn Thornton
407 Green Ridge Road
Montgomery, AL 36109

/s/ Jason E. Gammons
Of Counsel