IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE COMPANY, et al, | ) |
| | ) |
| Defendants. | ) |

**Motion for Extension of Time**

COME NOW Plaintiffs Helen Moody and Catherine Keaton ("Plaintiffs") in the above captioned matter, by and through the undersigned counsel, and respectfully request that the Court grant Plaintiffs an extension of time to submit affidavits of their damages incurred in this matter. As grounds therefor, Plaintiffs state as follows:

1. On December 19, 2007, this Court entered an order allowing Plaintiffs to prove their damages by affidavits submitted by January 4, 2007.

2. Plaintiffs have made a diligent effort to gather their medical expenses and bills incurred in this suit, but due to the recent holiday period have yet to receive complete bills from numerous medical care providers in their home state of New York.

3. Plaintiffs need an additional ten (10) days from the date of this Motion to complete their itemization of damages suffered in this matter.

**MOTION GRANTED**

SO ORDERED
THIS 3rd DAY OF Jan, 2008
UNITED STATES DISTRICT JUDGE