IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HELEN MOODY, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv318-WHA |
| | ) |
| **ALLSTATE INSURANCE** | ) |
| **COMPANY, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing Affidavits of Helen Moody and Catherine Keaton on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows and/or by filing the same with the Courts CM/ECF system on this the 15th day of January, 2008.

J. Lenn Ryals, Esq.
EllenAnn B. Yelverton, Esq.
Slaten & O'Connor, P.C.
Winter Loeb Building, Ste. 101
105 Tallapoosa Street
Montgomery, AL 36104

Shawn Thornton
407 Green Ridge Road
Montgomery, AL 36109

                                              /s/ Jason E. Gammons
                                              Of Counsel

**Of Counsel:**
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253
Telephone:   (205) 870-0555
Facsimile:   (205) 871-7534