UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, an individual, and<br>CATHERINE KEATON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., and<br>ALLSTATE INSURANCE COMPANY,<br>et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO: 2:07-cv-00318-WHA-SRW<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURES

In accordance with the Order of this Court, the undersigned parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported:

1. Allstate Insurance Company, Inc.

Respectfully submitted this 1st day of February, 2008.

_____
J. LENN RYALS (Ala. ID RYA008)
ATTORNEYS FOR DEFENDANT
SPACE FLOORING & SUPPLIES, INC.

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882 (P)
(334) 398-8880 (F)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 1st day of February, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, and that I have mailed same to non-CM/ECF participants by placing a copy of the foregoing in the U.S. Mail, first-class postage prepaid:

Mark M. Hogewood, Esq.
Jason E. Gammon, Esq.
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
P. O. Box 530910
Birmingham, AL 35253

Joseph Stott, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
P. O. Box 380548
Birmingham, Alabama 35238-0548

Shawn Thornton
407 Green Ridge Rd.
Montgomery, Alabama 36109

_____
**OF COUNSEL**

F:\AUTOLINE\ALLSTATE\Moody\Plead\Corporate Disclosure.wpd