IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Joint Motion to Continue (Doc. #39), filed by the parties on February 13, 2008.

Although the motion requests a continuance of the trial setting for a period of 90-120 days, the court does not have a term of jury trials scheduled within that time. The court will, however, continue the case to its next scheduled term, which begins August 11, 2008, with the requirement that the Defendant make a prompt determination as to which law firm will continue with its representation. Therefore, it is hereby ORDERED that the Joint Motion to Continue is GRANTED to the following extent:

1. Trial of this case is CONTINUED from the term commencing March 24, 2008, to the jury term commencing August 11, 2008, in Montgomery, Alabama, with pretrial hearing to be held on July 2, 2008, at a time to be set by later order.

2. All deadlines contained in the current Uniform Scheduling Order (Doc. #14), entered on June 12, 2007, will remain in full force and effect unless **no later than March 3, 2008**,

counsel for the parties meet and file an Amended Report of Parties Planning Meeting requesting specific changes in outstanding deadlines.

  3. Defendant Allstate Insurance Company is DIRECTED to make a determination **no later than February 29, 2008**, as to who will continue with its representation in this case.

  4. The clerk is DIRECTED to serve this order on counsel of record and also on both the law firm previously shown by Defendant's counsel in the file of this case and on the firm shown for Defendant's counsel in the Joint Motion to Continue.

  DONE this 13th day of February, 2008.

            /s/ W. Harold Albritton
            W. HAROLD ALBRITTON
            SENIOR UNITED STATES DISTRICT JUDGE