# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **HELEN MOODY, an individual, and CATHERINE KEATON, an individual,** )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO: 2:07-cv-00318-WHA-SRW |
| ) | |
| **LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al.,** )<br>)<br>)<br>) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** EDWARD C. HIXON, of the firm SLATEN & O'CONNOR, P. C., and hereby files this his Notice of Appearance on behalf of Allstate Insurance Company in the above-styled case.

Respectfully submitted this the 22nd day of February, 2008.

                                                s/Edward C. Hixon
                                                **EDWARD C. HIXON**  (Ala. ID HIX003)
                                                **ATTORNEY FOR DEFENDANT**
                                                **ALLSTATE INSURANCE COMPANY**
                                                **SLATEN & O'CONNOR, P.C.**
                                                Winter Loeb Building, Suite 101
                                                105 Tallapoosa Street
                                                Montgomery, AL 36104
                                                (334) 396-8882 (P)
                                                (334) 396-8880 (F)
                                                E-mail: ehixon@slatenlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the 22nd day of February, 2008:

Mark M. Hogewood, Esq.
Jason E. Gammon, Esq.
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
P. O. Box 530910
Birmingham, AL 35253

Joseph Stott, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
P. O. Box 380548
Birmingham, Alabama 35238-0548

Shawn Thornton
407 Green Ridge Rd.
Montgomery, Alabama 36109

                                                                 s/Edward C. Hixon
                                                                 **OF COUNSEL**

F:\AUTOLINE\ALLSTATE\Moody\Plead\NOA - ECH.wpd