IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE | ) |
| COMPANY, et al, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Jason E. Gammons, counsel for Helen Moody and Catherine Keaton, and moves this honorable Court to allow his withdrawal as counsel of record in this matter. As grounds therefore, Gammons states that he is leaving the employment of Wallace, Jordan, Ratliff & Brandt, LLC, to accept an assignment as a Judge Advocate General Officer with the United States Air Force. Mark M. Hogewood of Wallace, Jordan, Ratliff & Brandt, LLC, will remain as counsel of record for Helen Moody and Catherine Keaton.

Respectfully submitted this 22nd day of February, 2008.

/s/ Jason E. Gammons
Jason E. Gammons
ASB-7277-J38G
jg@wallacejordan.com
Attorney for Plaintiffs
Helen Moody & Catherine Keaton

**Of Counsel:**

Wallace, Jordan, Ratliff & Brandt, LLC.
P.O. Box 530910
Birmingham, Alabama 35253
Telephone: (205) 870-0555
Facsimile: (205) 871-7534

**CERTIFICATE OF SERVICE**

      I certify that I have served a copy of the foregoing on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows and/or by filing the same with the Courts CM/ECF system on this the 22nd day of February, 2008.

| | |
|---|---|
| J. Lenn Ryals, Esq. | Shawn Thornton |
| EllenAnn B. Yelverton, Esq. | 407 Green Ridge Road |
| Slaten & O'Connor, P.C. | Montgomery, AL 36109 |
| Winter Loeb Building, Ste. 101 | |
| 105 Tallapoosa Street | |
| Montgomery, AL 36104 | |

                                              /s/ Jason E. Gammons
                                              Of Counsel