IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE | ) |
| COMPANY, et al, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

_____COMES NOW Jason E. Gammons, counsel for Helen Moody and Catherine Keaton, and moves this honorable Court to allow his withdrawal as counsel of record in this matter. As grounds therefore, Gammons states that he is leaving the employment of Wallace, Jordan, Ratliff & Brandt, LLC, to accept an assignment as a Judge Advocate General Officer with the United States Air Force. Mark M. Hogewood of Wallace, Jordan, Ratliff & Brandt, LLC, will remain as counsel of record for Helen Moody and Catherine Keaton.

Respectfully submitted this 22nd day of February, 2008.

/s/ Jason E. Gammons
Jason E. Gammons
ASB-7277-J38G
jg@wallacejordan.com
Attorney for Plaintiffs
Helen Moody & Catherine Keaton

**Of Counsel:**

Wallace, Jordan, Ratliff & Brandt, LLC.
P.O. Box 530910
Birmingham, Alabama 35253
Telephone: (205) 870-0555
Facsimile: (205) 871-7534

**MOTION GRANTED**

SO ORDERED
THIS 25th DAY OF Feb , 20 08
UNITED STATES DISTRICT JUDGE