IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE | ) |
| COMPANY, et al, | ) |
| | ) |
|    Defendants. | ) |

**REVISED REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed. R. Civ. P. 26(f), a parties' planning meeting was held on February 27, 2008. Mark M. Hogewood appeared on behalf of the plaintiff and Edward C. Hixon appeared on behalf of the defendant Allstate Insurance Company.

    2.    Pre-Discovery Disclosures. The parties will exchange by March 28, 2008, information required by Local Rule 26.1(a)(l).

    3.    Discovery Plan. The parties jointly propose to the court the following discovery plan:

    Discovery will be required with regard to the plaintiffs' claims, the defendant's defenses and the plaintiffs' damages.

    All discovery commenced in time to be completed by May 13, 2008.

    Maximum of thirty (30) interrogatories by each party to any other party.
    The responses will be due thirty (30) days after service.

    Maximum of thirty (30) requests for production by each party to any other party.
    The responses will be due thirty (30) days after service.

    Maximum of thirty (30) requests for admission by each party to any other party.
    The responses will be due thirty (30) days after service.

      Maximum of seven (7) depositions by plaintiff and seven (7) depositions by defendant.

      Reports from each retained expert under Rule 26(a)(2) due from plaintiff by May 13, 2008.

      Reports from each retained expert under Rule 26(a)(2) due from defendant by May 13, 2008.

      Supplementations under Rule 26(e) due on or before June 13, 2008 from plaintiff and defendant.

4.    Other Items.

      The parties do not request a conference with the Court before entry of the scheduling order.

      Plaintiff should be allowed until March 28, 2008 to join additional parties and amend the pleadings (conditioned upon defendant having responded to all outstanding discovery).

      Defendant should be allowed until April 28, 2008 to join additional parties and amend the pleadings (conditioned upon plaintiff having responded to all outstanding discovery).

      All potentially dispositive motions should be filed by June 30, 2008.

      Settlement cannot be evaluated until some discovery has been completed. Settlement may be enhanced by use of the following alternative dispute resolution procedure: mediation.

      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

          from Plaintiffs by June 23, 2008.

          from Defendant by June 23, 2008.

      Parties should have seven (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      The case should be ready for trial by August 11, 2008, and at this time trial is expected to take approximately three (3) days.

      At the present time, the parties believe ADR may assist with resolution of this case.

**DONE** this 3rd day of March , 2008.

| | |
|---|---|
| s/ Mark M. Hogewood | s/ Edward C. Hixon |
| Mark M. Hogewood | Edward C. Hixon |
| ASB-7651-E36M | ASB-4964-H65E |
| mh@wallacejordan.com | ehixon@slatenlaw.com |
| Attorneys for Plaintiffs | Attorney for Defendant |
| | |
| **Of Counsel:** | **Of Counsel:** |
| Wallace, Jordan, Ratliff & Brandt, LLC | Slaten & O'Connor, P.C. |
| Post Office Box 530910 | Winter Loeb Building, Ste. 101 |
| Birmingham, AL 35253 | 105 Tallapoosa Street |
| Telephone:   (205) 870-0555 | Montgomery, AL 36104 |
| Facsimile:   (205) 871-7534 | |

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows and/or by filing the same with the Courts CM/ECF system on this the 3rd day of March, 2008.

Shawn Thornton
407 Green Ridge Road
Montgomery, AL 36109

s/ Mark M. Hogewood
Of Counsel