IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend Complaint (Doc. #46), filed on March 26, 2008, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before April 3, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 27th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE