UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR -2 P 2: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| HELEN MOODY, an individual, and CATHERINE KEATON, an individual, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO: 2:07-cv-00318-WHA-SRW |
| LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al., ) ) ) ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned and respectfully requests this Honorable Court to allow him to withdraw from representation of Defendant, Allstate Insurance Company, in this case. Edward C. Hixon, of Slaten & O'Connor, P.C., will continue representation of Defendant.

Respectfully submitted,

_____
J. LENN RYALS (RYA008)
ATTORNEY FOR DEFENDANT
ALLSTATE INSURANCE COMPANY

**OF COUNSEL:**
RYALS, PLUMMER, DONALDSON,
AGRICOLA & SMITH, P.C.
60 Commerce Street, Suite 1400
Montgomery, Alabama 36104
(334) 834-5290
(334) 834-5297 fax
E-mail: lryals@rpdas.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 2nd day of April, 2008.

Mark M. Hogewood, Esq.
Jason E. Gammon, Esq.
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
P. O. Box 530910
Birmingham, AL 35253

Joseph Stott, Esq.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
P. O. Box 380548
Birmingham, Alabama 35238-0548

Shawn Thornton
407 Green Ridge Rd.
Montgomery, Alabama 36109

Edward C. Hixon, Esq.
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa St., Suite 1400
Montgomery, Alabama 36104

_____
OF COUNSEL

M:\AUTOLINE\ALLSTATE\Closed Files\Moody\Plead\MTW - JLR.wpd