UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR -2 P 2: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| HELEN MOODY, an individual, and CATHERINE KEATON, an individual, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO: 2:07-cv-00318-WHA-SRW |
| LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned and respectfully requests this Honorable Court to allow him to withdraw from representation of Defendant, Allstate Insurance Company, in this case. Edward C. Hixon, of Slaten & O'Connor, P.C., will continue representation of Defendant.

Respectfully submitted,

_____
J. LENN RYALS (RYA008)
ATTORNEY FOR DEFENDANT
ALLSTATE INSURANCE COMPANY

OF COUNSEL:
RYALS, PLUMMER, DONALDSON,
AGRICOLA & SMITH, P.C.
60 Commerce Street, Suite 1400
Montgomery, Alabama 36104
(334) 834-5290
(334) 834-5297 fax
E-mail: lryals@rpdas.com

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF April, 2008

_____
UNITED STATES DISTRICT JUDGE