IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv318-WHA ) |
| ALLSTATE INSURANCE COMPANY, et al., | ) ) |
| Defendants. | ) |

### **ORDER**

No objection having been filed to the Plaintiffs' Motion for Leave to Amend Complaint (Doc. #46), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the Plaintiffs are allowed to file their First Amended Complaint, which adds United Services Automobile Association as an additional defendant. Plaintiffs are DIRECTED to perfect service on USAA promptly.

DONE this 7th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE