IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, an individual; CATHERINE KEATON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, a corporation; SHAWN DEE THORNTON, an individual; UNITED STATES AUTOMOBILE ASSOCIATION, a corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No.: 2:07cv318-WHA ) ) ) ) ) ) ) ) ) |

## SUMMONS

TO DEFENDANT:    United States Automobile Association
c/o William C. Wood, Esq.
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney(s): Mark M. Hogewood, Wallace, Jordan, Ratliff & Brandt, L.L.C., P. O. Box 530910, Birmingham, Alabama 35253-0910, a response to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST be filed with the court.

*Debra P. Hackett*

CLERK                                                                 DATE  4/10/08

*/s/ Austin*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                  Signature of Server

                                                _____
                                                             Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.