IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HELEN MOODY**, an individual; **CATHERINE KEATON**, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.: 2:07cv318-WHA |
| **ALLSTATE INSURANCE COMPANY**, a corporation; **SHAWN DEE THORNTON**, an individual; **UNITED SERVICES AUTOMOBILE ASSOCIATION**, a corporation, | ) ) ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

Pursuant to Section 3 of the Amended Uniform Scheduling Order, counsel for the plaintiffs and counsel for the defendant Allstate Insurance Company have discussed potential resolution of this case and conducted a face-to-face meeting regarding that issue. Defendant USAA has been served but no attorney has appeared for that defendant yet. No resolution was reached during the conference between counsel for the plaintiffs and counsel for Allstate. However, assuming USAA would agree to participate, the attorneys for the plaintiffs and Allstate believe mediation would be helpful and constructive.

Respectfully submitted this 8th day of April 2008.

*s/ Mark M. Hogewood*
Mark M. Hogewood
ASB-7651-E36M
mh@wallacejordan.com
Attorney for Plaintiffs

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
Post Office Box 530910
Birmingham, Alabama  35253
Telephone:  (205) 870-0555
Facsimile:   (205) 871-7534

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HELEN MOODY, an individual;** </br> **CATHERINE KEATON, an individual,** </br> </br> Plaintiffs, </br> </br> vs. </br> </br> **ALLSTATE INSURANCE COMPANY, a corporation; ET AL.,** </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No.: 2:07cv318-WHA </br> ) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATE OF SERVICE

I certify that on this 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Edward C. Hixon, Esq., Slaten & O'Connor, P.C., Winter Loeb Building, Ste. 101, 105 Tallapoosa Street, Montgomery, AL 36104**; and I certify that I have mailed by U.S. Mail the foregoing to the following non-CM/ECF participant: **Shawn Thornton, 407 Green Ridge Road, Montgomery, AL 36109 and USAA, c/o William C. Wood, Esq., Norman, Wood, Kendrick and Turner, Financial Center, Suite 1600, 505 20th Street North, Birmingham, AL 35203**.

Respectfully submitted,

 s/ *Mark M. Hogewood* 
Mark M. Hogewood
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:   (205) 870-0555
Fax:     (205) 871-7534
E-mail:  mhogewood@wallacejordan.com