IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HELEN MOODY, an individual; | ) | |
| CATHERINE KEATON, an | ) | |
| individual, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07cv318-WHA |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| a corporation; SHAWN DEE | ) | |
| THORNTON, an individual; | ) | |
| UNITED SERVICES AUTOMOBILE | ) | |
| ASSOCIATION, a corporation, | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINES
AND CONTINUANCE OF TRIAL**

COME NOW the Plaintiffs in this case and Defendant Allstate Insurance
Company, and respectfully request this Court to extend the deadlines currently set
under the March 4, 2008 Amended Uniform Scheduling Order and the trial date
currently set for August 11, 2008. In support of this motion, the parties state as
follows:

1.    Plaintiffs have filed an Amended Complaint adding United States Auto
Association ("USAA") as a defendant in this case.

2.     Counsel for Allstate and the Plaintiffs have agreed that mediation may be beneficial in this case, assuming USAA's participation.  Counsel for the Plaintiffs has engaged in preliminary settlement discussions with USAA since it has now been served.  All parties are optimistic that this matter will resolve.

3.     Counsel for Allstate and the Plaintiffs agree to this motion.  Plaintiffs' counsel represents to the Court that the claims examiner for USAA also agrees to this motion.

WHEREFOR, the parties respectfully request that the Court extend the current deadlines and continue the trial date for approximately 90 days.

Respectfully submitted this 2nd day of May, 2008.


*s/ Mark M. Hogewood*
Mark M. Hogewood
ASB-7651-E36M
mh@wallacejordan.com
Attorney for Plaintiffs

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
Post Office Box 530910
Birmingham, Alabama  35253
Telephone:  (205) 870-0555
Facsimile:   (205) 871-7534

*s/ Edward C. Hixon*
Edward C. Hixon
Attorney for Defendant Allstate Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building, Ste. 101
105 Tallapoosa Street
Montgomery, AL 36104

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HELEN MOODY, an individual; | ) | |
| CATHERINE KEATON, an | ) | |
| individual, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07cv318-WHA |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| a corporation; ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I certify that on this 2nd day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Edward C. Hixon, Esq., Slaten & O'Connor, P.C., Winter Loeb Building, Ste. 101, 105 Tallapoosa Street, Montgomery, AL 36104**; and I certify that I have mailed by U.S. Mail the foregoing to the following non-CM/ECF participant: **Shawn Thornton, 407 Green Ridge Road, Montgomery, AL 36109 and USAA, c/o William C. Wood, Esq., Norman, Wood, Kendrick and Turner, Financial Center, Suite 1600, 505 20th Street North, Birmingham, AL 35203**.

                           Respectfully submitted,

                           *s/ Mark M. Hogewood*

                           Mark M. Hogewood
                           Wallace, Jordan, Ratliff & Brandt, L.L.C.
                           Post Office Box 530910
                           Birmingham, Alabama 35253
                           Voice:      (205) 870-0555
                           Fax:        (205) 871-7534
                           E-mail:  mhogewood@wallacejordan.com