IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN MOODY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv318-WHA |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Joint Motion for Extension of Deadlines and Continuance of Trial (Doc. #55), the motion is GRANTED to the following extent:

1. The trial of this case is RESCHEDULED for the term of court commencing October 27, 2008, with pretrial hearing to be held on September 25, 2008, at a time to be set by later order.

2. All deadlines set out in the Amended Uniform Scheduling Order (Doc. #45) shall remain in full force and effect, unless the parties jointly request specific date changes **no later than June 19, 2008**.

3. If the parties wish court-annexed mediation before a magistrate judge, they must so advise the court **no later than May 23, 2008**, so that it may be scheduled.

4. The parties are advised that mediation, if not successful, will not delay the trial of the case as scheduled.

DONE this 20th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE