UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HELEN MOODY, an individual, and CATHERINE KEATON, an individual,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | CASE NO: 2:07-cv-00318-WHA-SRW |
| **LOWE'S HOME CENTERS, INC., and ALLSTATE INSURANCE COMPANY, et al.,** ) ) ) ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, Helen Moody and Catherine Keaton, and the Defendant, Allstate Insurance Company, by and through counsel of record, and hereby stipulate pursuant to Rule 41(a), Fed.R.Civ.P., that this action is due to be dismissed with prejudice, with costs taxed as paid, as this action has been resolved among the parties hereto.

Respectfully submitted this the __2nd__ day of July, 2008.

                                     s/Edward C. Hixon
                                     **EDWARD C. HIXON**
                                     ASB-5964-H65E
                                     **ATTORNEY FOR DEFENDANT**
                                     **ALLSTATE INSURANCE COMPANY**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
E-mail: ehixon@slatenlaw.com

                                        **s/Mark M. Hogewood**
                                        **MARK M. HOGEWOOD**
                                        **ASB-7651-E36M**
                                        **ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
P.O. Box 530910
Birmingham, AL 35253
(205) 870-0555 (P)
(205) 871-7534 (F)
E-mail: mh@wallacejordan.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the  2nd  day of July, 2008:

                            Shawn Thornton
                            407 Green Ridge Rd.
                          Montgomery, Alabama 36109

                                        **s/Edward C. Hixon**
                                        **OF COUNSEL**

F:\AUTOLINE\ALLSTATE\Ready2Close\Moody NY\Plead\JSOD.wpd